| FORM B1 | **United States Bankruptcy Court**<br>**Eastern District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Innapharma, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**51-0319367** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**200 Broadhollow Road**<br>**Suite 401**<br>**Melville, NY 11747** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Suffolk** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1 Maynard Drive**<br>**Suite 205**<br>**Park Ridge, NJ 07656** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☑ Chapter 11   ☐ Chapter 13 |
| ☑ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ☑ Business | ☑ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information**  (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☑ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): **Innapharma, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X _____
Signature of Attorney for Debtor(s)

**Gerard R. Luckman, 8516**
Printed Name of Attorney for Debtor(s) / Bar No.

**Silverman Perlstein & Acampora**
Firm Name

**100 Jericho Quadrangle Suite 300**
Address

**Jericho, N.Y. 11753**

**516-479-6300**              **516-479-6301**
Telephone Number

4/15/03
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Martin F. Schacker**
Printed Name of Authorized Individual

**Co-Chief Executive Officer**
Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# EASTERN DISTRICT OF NEW YORK

## SUMMARY INFORMATION SHEET

**DEBTOR:**    **INNAPHARMA, INC.**         **CASE NO.:**

Completion of this form provides information necessary to assign your case to the appropriate calendar.

| | |
|---|---|
| 1. Statement of attorney compensation filed, per B.R. 2016(b) | (Y) |
| 2. Description of pre-petition services filed, per L.R. 10(f) | (N/A) |
| 3. RELATED BANKRUPTCY CASE(S) | (N) |

(*Related* includes both affiliate and insider, as those terms are defined in 11 U.S.C. §101, and cases in which a present or former spouse was a debtor.) If *yes*, please answer the following (continue over if necessary):

CASE NO.:              JUDGE:                  CASE STILL PENDING (N)

*[If closed]* Date of closing:

| | |
|---|---|
| 4. PRIOR BANKRUPTCY FILING(S) BY DEBTOR | (N) |

If yes, please answer the following (continue over if necessary)

CASE NO.:              JUDGE:                  CASE STILL PENDING (N)

*[If closed]* Date of closing:                      Disposition of case:
                                                    (Discharged, dismissed, etc.)

*NOTE:* Pursuant to 11 U.S.C. §109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

5. TO BE COMPLETED BY DEBTOR'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York              (Y)

6. DEBTOR/ATTORNEY'S CERTIFICATION (to be signed by pro se debtor or debtor's attorney, as applicable:

I certify that, to my knowledge, the within bankruptcy case is not related to any case now pending or previously filed, except as indicated elsewhere on this form.

_____          _____
Gerard R. Luckman                         Signature of Pro Se Debtor
(Signature of Debtor's Attorney)
                                          Mailing Address and of Debtor:


                                          Tel:

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.
USBC-2[r. I/95]

## 3. RELATED BANKRUPTCY CASE(S)                                        (N)

(*Related* includes both affiliate and insider, as those terms are defined in 11 U.S.C. §101, and cases in which a present or former spouse was a debtor.) If *yes*, please answer the following (continue over if necessary):

CASE NO.:                    JUDGE:                        CASE STILL PENDING (N)

*[If closed]* Date of closing:

CASE NO.:                    JUDGE:                        CASE STILL PENDING (N)

*[If closed]* Date of closing:


## 4. PRIOR BANKRUPTCY FILING(S) BY DEBTOR                               (N)

If yes, please answer the following (continue over if necessary)

CASE NO.:                    JUDGE:                        CASE STILL PENDING (N)

*[If closed]* Date of closing:                            Disposition of case:
                                                          (Discharged, dismissed, etc.)

CASE NO.:                    JUDGE:                        CASE STILL PENDING (N)

*[If closed]* Date of closing:                            Disposition of case:
                                                          (Discharged, dismissed, etc.)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:  Innapharma, Inc.                          Chapter 11
                                                  Case No.
                  Debtor.
-----------------------------------------------------------X

## <u>CORPORATE RESOLUTION</u>

I, Martin F. Schacker, Co-Chief Executive Officer of Innapharma, Inc., do hereby certify that at a meeting of the Board of Directors of the above-captioned Corporation, duly held on the 11th day of Apri, 2003, the following resolution was unanimously adopted:

> "RESOLVED, that by reason of the Corporation being unable to pay its debts as they mature, it is deemed expedient, necessary and in the best interests of the Corporation, its shareholders and its creditors, that the Corporation seek relief under Title 11 of the United States Code from such circumstance and condition, and that the Corporation acting by its Co-Chief Executive Officer, President, Vice-President, Treasurer or Secretary, or any one or more of them is hereby authorized, empowered and directed, subject to the provisions of the Corporation's Articles of Incorporation and/or By-Laws to institute a reorganization proceeding pursuant to Title 11, United States Code (Chapter 11 of the Bankruptcy Code), and to retain the law firm of Silverman Perlstein & Acampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, as counsel for the Corporation in such proceedings, and to prepare, execute and deliver, in the name of the Corporation, or cause to be prepared, executed and delivered in its name, any and all petitions, pleadings, schedules, financial statements, affidavits, proposals, plans, arrangements, agreements or instruments whatsoever, and make do and perform any and all other things whatsoever, all upon such terms and conditions deemed necessary, proper or appropriate in the discretion of the foregoing officer or officers to accomplish the foregoing purposes."

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal of the Corporation this 14th day of April, 2003.

Martin F. Schacker
Co-Chief Executive Officer

# United States Bankruptcy Court

# Eastern District of New York

in re: **Innapharma, Inc.**

**51-0319367**

Case No.
Chapter    **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

1, Martin F. Schacker, declare under penalty of perjury that I am the Co-Chief Executive Officer of Innapharma, Inc., a Corporation and that on the following resolution was duly adopted by the of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Martin F. Schacker, Co-Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Martin F. Schacker, Co-Chief Executive Officer of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Martin F. Schacker, Co-Chief Executive Officer of this Corporation, is authorized and directed to employ Gerard R. Luckman, attorney and the law firm of Silverman Perlstein & Acampora to represent the Corporation in such bankruptcy case."

Executed on: April ⟨⟩, 2003                                    Signed:_____

# United States Bankruptcy Court
## Eastern District of New York

In re: **Innapharma, Inc.**
**51-0319367**

Case No.
Chapter   **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to debtor's condition on .

a. Total assets     $ _____ 2,325,441.69

b. Total debts (including debts listed in 2.c., below)     $ _____ 1,238,375.99

Approximate
number of
holders

c. Debt securities held by more than 500 holders.

   secured       unsecured       subordinated       _____     _____

d. Number of shares of preferred stock     67615     _____

e. Number of shares of common stock     20344392     _____

Comments, if any:

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Innapharma, Inc.**

Case No.

Chapter     **11**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2,325,441.69 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 1,230,945.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| Total Number of sheets in ALL Schedules ➤ | | 16 | | | |
| Total Assets ➤ | | | $ 2,325,441.69 | | |
| Total Liabilities ➤ | | | | $ 1,230,945.00 | |

In re: __Innapharma, Inc.__      Case No. _____

          **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

In re **Innapharma, Inc.**        Case No. _____
               Debtor                                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Business Checking** | | 2,093.34 |
| | | **Merrill Lynch Checking/Money Market Operating Account** | | 2,107,956.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **California State Teacher's Retirement System (Florida office security deposit)** | | 2,299.26 |
| | | **Magellan Behavioral Health Inc. (5 months' security for Park Ridge, NJ premises)** | | 53,140.20 |
| | | **Sartak Holdings Inc. (2 months' security deposit)** | | 18,958.34 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Commercial Crime (401k bond) and ERISA bond policy** | | Unknown |
| | | **Commercial insurance package; commercial umbrella package and workers' compensation** | | Unknown |
| | | **Directors & Officers Liability and Employment Practices Liability Coverage** | | Unknown |
| | | **Medmarc Casualty Clinical Trial Liability Policy** | | Unknown |
| | | **Transportation & Conveyance insurance** | | Unknown |

FORM B6B
(10/89)

In re **Innapharma, Inc.**                                        Case No. _____

           Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in wholly owned subsidiary, Tetragenix** | | **Unknown** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | **Various** | | **Unknown** |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |

FORM B6B
(10/89)

In re  **Innapharma, Inc.**                                                      Case No. _____
                    Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **See annexed schedule** | | 140,994.55 |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

____2____  continuation sheets attached                     Total  ➢        **$2,325,441.69**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

| Item No. | Asset Description | Serial Number | Assigned To | Location | In Service | Cost |
|---|---|---|---|---|---|---|
| | Category - COMPUTERS | | | | | |
| 2 | Dell Optiplex GX240 System | MBM22 QRQ74 KBJYR CQ69W FRBHG | GEORGE FOMETTI | PARK RIDGE | 08/01/2002 | 1,043.04 |
| 3 | DELL OPTIPLEX GX240 SYSTEM | C3QM8 39H4H 9B7RK 968CP WQD8M | GABRIELA NICOLAU | PARK RIDGE | 08/01/2002 | 1,043.04 |
| 4 | DELL OPTIPLEX GX240 SYSTEM | HGHH6 DR7TV 9B287 76FB7 HMCF6 | JACK MORRISON | PARK RIDGE | 08/01/2002 | 1,043.04 |
| 5 | DELL OPTIPLEX GX240 SYSTEM | GT9QV ONMVM YFB7T K683J FRBHM | RICHARD FORTNEY | PARK RIDGE | 08/01/2002 | 1,043.04 |
| 6 | DELL OPTIPLEX GX240 SYSTEM | DFBGR 4JQM7 YCDXR FY2HF 8TR3W | JOE HLAVKA | PARK RIDGE | 08/01/2002 | 1,043.04 |
| 7 | DELL OPTIPLEX GX240 SYSTEM | TQJMD 2HB3X DC487 XRJTV GVDB8 | MOHINDER BATHALA | PARK RIDGE | 08/01/2002 | 1,043.04 |
| 8 | DELL OPTIPLEX GX240 SYSTEM | FMFXW MHKF3 R8YGK TV7TY DC443 | RICHARD ABLIN | PARK RIDGE | 08/01/2002 | 1,043.04 |
| 9 | DELL OPTIPLEX GX240 SYSTEM | PYVWW MJDGW G9XDD CJXFV 4W2W3 | MARTIN SCHACKER | PARK RIDGE | 08/01/2002 | 1,561.39 |
| 10 | DELL OPTIPLEX SYSTEM | F639R JKCCT CTVPK XJMCW X3743 | HENRY ABAJIAN | PARK RIDGE | 08/01/2002 | 1,477.64 |
| 22 | Dell Laptop | | Bob Budetti | Park Ridge | 02/22/2000 | 2,741.33 |
| 24 | Brother Multifunction | | Martin Schacker | M. Schacker Home Office | 03/16/2000 | 718.02 |
| 25 | IBM Think Pad 600X PIII 450 | | Seth Abel | Park Ridge | 03/27/2000 | 3,578.50 |
| 26 | Acer Server PIII 600mhz | | Data Room | Park Ridge | 03/27/2000 | 9,839.65 |
| 27 | Compaq 1900XL Laptop | | Robert Budetti | San Diego | 03/30/2000 | 2,154.99 |
| 28 | Dell Laptop | | Martin Schacker | Park Ridge | 03/09/2000 | 4,367.16 |
| 30 | Dell Laptop | | John Feighner | San Diego | 03/09/2000 | 4,441.51 |
| 31 | Dell Computer tbc | | | Park Ridge | 03/15/2001 | 2,754.07 |
| 32 | Pentium III 1ghz 256MB RAM | | | Park Ridge | 04/19/2002 | 965.25 |
| 33 | Pentium III 1ghz 256mb RAM | | | Park Ridge | 04/19/2002 | 965.25 |
| 34 | Pentium III 1ghz w/24X CD-RW | | | Park Ridge | 04/19/2002 | 1,201.20 |
| 35 | PIII 1ghz 256mb RAM Computer | | George Tonelli | Park Ridge | 05/05/2002 | 1,415.70 |
| 36 | HP LaserJet 4si Printer | | Office | Park Ridge | 05/22/2002 | 503.00 |
| 37 | Compaq Deskpro 1.2mhz system | | | Park Ridge | 05/22/2002 | 1,213.65 |
| 38 | Sony Laptop | | Martin Schacker | Park Ridge | 05/04/2002 | 3,252.21 |
| 39 | Sony Laptop | | David Abel | D. Abel Home Office | 05/24/2002 | 2,596.53 |
| 40 | P4 1.6ghz Computer System | | | Park Ridge | 06/14/2002 | 1,447.87 |
| 41 | InFocus Projector | AAAT1481JM | Office | Park Ridge | 06/20/2002 | 1,585.41 |
| 72 | HP LaserJet 1200 Printer | CNCB885066 | Steven Swagel | Park Ridge | 09/13/2002 | 599.00 |

Total this category

56,680.61

Imagimarina, Inc.

Asse Cost

| Item No. | Asset Description | Serial Number | Assigned To | Location | In Service | Cost |
|---|---|---|---|---|---|---|
| | Category - Furniture & Fixtures | | | | | |
| 19 | Office Furniture | | B. Schacker | Florida | 10/31/2001 | 2,777.07 |
| 20 | Set of Filing Cabinets | | S. Abel | Park Ridge | 02/25/2002 | 1,832.47 |
| 21 | Furniture prior to 1999 | Various | Various | Park Ridge | 12/31/1996 | 78,385.40 |
| | | | | Total this category | | 82,994.94 |

| Item No. | Asset Description | Serial Number | Assigned To | Location | In Service | Cost |
|---|---|---|---|---|---|---|
| | Category - NON FIXED ASSETS | | | | | |
| 11 | QUALCOMM CELLULAR PHONE | 516 314 7110 | HENRY ABAJIAN | PARK RIDGE | 01/01/2002 | 100.00 |
| 12 | ERICSSON CELLULAR PHONE | 201 925 6697 | HENRY ABAJIAN | PARK RIDGE | 01/01/2002 | 100.00 |
| 13 | LG CELLULAR PHONE | 201 390 8664 | JACK HAMLIN | PARK RIDGE | 01/01/2002 | 150.00 |
| 14 | LG CELLULAR PHONE | 516 238 0545 | DR. JOHN FEIGHNER | SAN DIEGO | 01/01/2002 | 150.00 |
| 15 | MOTOROLA CELLULAR PHONE | 516 297 5197 | GEORGE POMETTI | PARK RIDGE | 01/01/2002 | 100.00 |
| 16 | KYOCERA CELLULAR PHONE | 516 297 2823 | MARTIN SCHACKER | PARK RIDGE | 01/01/2002 | 200.00 |
| 17 | ERICSSON CELLULAR PHONE | 516 859 8323 | MARTIN SCHACKER | PARK RIDGE | 01/01/2002 | 250.00 |
| 73 | 17" Monitor Benq | | | Park Ridge | 09/13/2002 | 269.00 |
| | | | | Total this category | | 1,319.00 |

In re:  **Innapharma, Inc.**                                    Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE | | | | | |

|  |  |  | Subtotal > (Total of this page) | | | | $0.00 | |
|  |  |  | Total > (Use only on last page) | | | | $0.00 | |

0 Continuation sheets attached

(Report total also on Summary of Schedules)

B6E
(Rev.4/98)

In re:  **Innapharma, Inc.**                                                    Case No. _____
_____                      (If known)
        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

   Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Other Priority Debts**

   * Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  Continuation sheets attached

In re: __Innapharma, Inc._____ , Case No. _____
                Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**District Director**<br>**Special Procedures Staff**<br>**P.O. Box 60**<br>**Brooklyn, NY 11201** | | | **FOR NOTICE PURPOSES ONLY** | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Holtsville, NY 00501** | | | **FOR NOTICE PURPOSES ONLY** | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**NYC Dept. of Finance**<br>**Attn: Bankruptcy & Assign**<br>**345 Adams Street, 10th Fl**<br>**Brooklyn, NY 11201** | | | **FOR NOTICE PURPOSES ONLY** | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**NYC Dept. of Finance**<br>**Office of Commissioner of**<br>**1 Centre Street, Room 500**<br>**New York, NY 10007** | | | **FOR NOTICE PURPOSES ONLY** | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**NYS Dept. of Taxation & F**<br>**WA Harriman Campus**<br>**Building 9**<br>**Albany, NY 12227-0125** | | | **FOR NOTICE PURPOSES ONLY** | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**NYS Dept. of Taxation & F**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | | | **FOR NOTICE PURPOSES ONLY** | | | | 0.00 | 0.00 |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | > | $0.00 |
| Total<br>(Use only on last page of the completed Schedule E.) | > | $0.00 |

(Report total also on Summary of Schedules)

In re: __Innapharma, Inc._____,          Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **American Vending** P.O. Box 305 Freedom, NJ 07970 | | | | | | | 66.00 |
| ACCOUNT NO. **Beth Israel Medical Center** **Diagnostic Pathology** GPO Box 9112 New York, NY 10087 | | | | | | | 116.00 |
| ACCOUNT NO. **BioMedical Research Institute** **of America** 3110 Camino del Rio South A-215 San Diego, CA 92108 | | | | | | | 1,250.00 |
| ACCOUNT NO. **Bisys** Lockbox #19615 Newark, NJ 07195-0615 | | | | | | | 774.53 |
| ACCOUNT NO. **BMR Healthquest** 3625 Ruffin Road #100 San Diego, CA 92123 | | | | | | | 186,486.31 |

__6__   Continuation sheets attached

Subtotal  ➢

Total  ➢                                               | $188,692.84 |

In re: __Innapharma, Inc.__                                             Case No. _____
               Debtor                                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 833.11 |
| Calsters CB Richard Ellis-Coastal Tower 2400 E. Commercial Blvd. Suite 708 Fort Lauderdale, FL 33308 | | | | | | | |
| ACCOUNT NO. | | | | | | | 77,851.00 |
| Carman Research 4015 South Cobb Drive Suite 245 Smyrna, GA 30080 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,518.00 |
| Clinforce P.O. Box 945931 Atlanta, GA 30394-5931 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,220.67 |
| Connected Computers 18 Briar Ct. 1st Floor Chestnut Ridge, NY 10977 | | | | | | | |
| ACCOUNT NO. | | | | | | | 14,159.63 |
| Duane Morris & Heckcher LLP One Liberty Plaza Philadelphia, PA 19103 | | | | | | | |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal  ➤       $95,582.41
                          (Total of this page)

                                 Total  ➤
      (Use only on last page of the completed Schedule F.)

In re: __Innapharma, Inc._____,     Case No. _____
                       Debtor                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dupont Company <br> P.O. Box 905552 <br> Charlotte, NC  28290-5552 | | | | | | | 1,500.00 |
| ACCOUNT NO. <br><br> Eastside Comprehensive Medical Center <br> 737 Park Avenue <br> New York, NY  10021 | | | | | | | 2,811.30 |
| ACCOUNT NO. <br><br> Freighner Research Institute <br> 5375 Mira Sorrento Place <br> Suite 210 <br> San Diego, CA 92121 | | | | | | | 136,540.07 |
| ACCOUNT NO. <br><br> Hammer, Neibart and Gumprecht, MD <br> 1100 Park Avenue <br> New York, NY  10128 | | | | | | | 275.00 |
| ACCOUNT NO. <br><br> Huntington Life Sciences <br> P.O. Box 32737 <br> Hartford, CT  06150-2737 | | | | | | | 347,580.00 |

Sheet no. _2_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal ➤
(Total of this page)

               Total ➤
(Use only on last page of the completed Schedule F.)

**$488,706.37**

In re: **Innapharma, Inc.**        Case No. _____
              Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Kenneth Cartwright**<br>**P.O. Box 162**<br>**Blooming Grove, NY 10914** | | | | | | | 1,216.00 |
| ACCOUNT NO.<br><br>**Kostann Anastasyadis**<br>**Staalmeesterslaan No. 361**<br>**1057 PE Amsterdam**<br>**The Nederlands** | | | | | | | 1,300.00 |
| ACCOUNT NO.<br><br>**Lab Corp**<br>**P.O. Box 12140**<br>**Burlington, NC  27216-2140** | | | | | | | 23,608.02 |
| ACCOUNT NO.<br><br>**Medical Research Network**<br>**123 West 79th Street**<br>**Suite 106**<br>**New York, NY  10024** | | | | | | | 5,912.99 |
| ACCOUNT NO.<br><br>**Memorial Sloan-Kettering**<br>**Cancer Center**<br>**Physician Billing Dept**<br>**P.O. Box 26352**<br>**New York, NY  10087-6352** | | | | | | | 1,471.74 |

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| Subtotal | **$33,508.75** |
| Total | |

In re:   **Innapharma, Inc.**                                              Case No. _____
         _____
                     Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Pathology Associates** P.O. Box 32181 Hartford, CT 06150-2182 | | | | | | | 37,075.50 |
| ACCOUNT NO. | | | | | | | |
| **Pharmacology Research Institute** 8435 Reseda Blvd. Northridge, CA 91324-4625 | | | | | | | 208,625.00 |
| ACCOUNT NO. | | | | | | | |
| **Resource Communications, Inc.** 1211 Hamburg Turnpike Suite 300 Wayne, NJ 07470 | | | | | | | 459.17 |
| ACCOUNT NO. | | | | | | | |
| **SAS Institute Inc.** SAS Campus Drive Cary, NC 27513 | | | | | | | 5,494.00 |
| ACCOUNT NO. | | | | | | | |
| **Shaw's Complete Security** 74 South Washington Ave Bergenfield, NJ 07621 | | | | | | | 68.90 |

Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

| | |
|---|---|
| **$251,722.57** | |

In re: __Innapharma, Inc._____,     Case No. _____
          Debtor                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Social Psychiatry Research Institute** <br> **150 East 69th Street** <br> **New York, NY 10021** | | | | | | | 11,513.00 |
| ACCOUNT NO. <br><br> **Stat Pharmaceuticals** <br> **1410 Hill Street** <br> **El Cajon, CA 92020** | | | | | | | 23.70 |
| ACCOUNT NO. <br><br> **Steven Stahl** <br> **5857 Owens Avenue** <br> **Carlsbad, CA 92009** | | | | | | | 350.00 |
| ACCOUNT NO. <br><br> **Summit Research** <br> **Attn: Megan Marble** <br> **6420 SW Macadam** <br> **Suite 210** <br> **Portland, OR 97239** | | | | | | | 157,824.25 |
| ACCOUNT NO. <br><br> **UPS** <br> **P.O. Box 7247-0244** <br> **Philadelphia, PA 19170-0001** | | | | | | | 1,032.75 |

Sheet no. _5_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| $170,743.70 |
|---|
| |

In re: __Innapharma, Inc.__                                              Case No. _____
              Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Verizon Wireless 2000 Corporate Drive Orangeburg, NY 10962-2619** | | | | | | | 93.02 |
| ACCOUNT NO. **XO Communications P.O. Box 828618 Philadelphia, PA 19182-8618** | | | | | | | 1,895.34 |

Sheet no. _6_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal  ➢ (Total of this page) | | $1,988.36 |
| Total  ➢ (Use only on last page of the completed Schedule F.) | | $1,230,945.00 |

(Report also on Summary of Schedules)

B6H
(6/90)

In re: <u>Innapharma, Inc.</u> , Case No. _____
**Debtor** **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re: **Innapharma, Inc.**
**51-0319367**

Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Co-Chief Executive Officer** of the corporation/partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **16** sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date 4 15 03

Signature

**Martin F. Schacker**
**Co-Chief Executive Officer**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.