# **EXHIBIT B**

## **SUBSCRIPTION AGREEMENT**

[A copy of the Subscription Agreement is on file with Chambers and can be obtained from Christine Giardino (516) 479-6300]